FOURNIER, Respondent, v. UNION BAG & PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Action by Edward N. Fournier against the Union Bag & Paper Company.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH, P. J., and KELLOGG, J., dissent.

FRANCIS, Respondent, v. GAFFEY, Appellant. (Supreme Court Appellate Division, Fourth Department. November 13, 1912.) Action by Albert H. Francis against Albert Gaffey.

PER CURIAM. Judgment and order affirmed, with costs.

McLELLAN, P. J., dissents.

FRANKLIN et al., Respondents, v. NEW YORK HERALD, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by John J. Franklin and others against the New York Herald. R. W. Candler, of New York City, for appellant. F. M. Franklin, of New York City, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

FRANKLIN, Appellant, v. PACIFIC IMPROVEMENT CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Thomas H. Franklin against the Pacific Improvement Company. No opinion. Judgment modified, by providing that the complaint be dismissed, and, as so modified, judgment and order affirmed, with costs.

FRASCONE v. LAUDERBACH. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Isidore Frascone against William B. Lauderbach. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 N. Y. Supp. 370.

FRIES et al., Respondents, v. MANZEL, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by Frederick M. Fries and another against Charles W. Manzel. No opinion. Order affirmed, with $10 costs and disbursements.

FRITSCH, Respondent, v. CENTRAL PARK N. & E. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Louis Fritsch, an infant against the Central Park North & East River Railroad Company. C. E. Chalmers, of New York City, for appellant. G. W. Smith, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FRONCKOWIAK, Appellant, v. PLATEK, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by Frank Fronckowiak, as executor, etc., against John Platek, as administrator, etc. No opinion. Judgment affirmed, with costs. See, also, 152 App. Div. 301, 136 N. Y. Supp. 522.

F. W. KELSEY NURSERY CO., Appellant, v. FOX, Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by the F. W. Kelsey Nursery Company against Henry B. Fox. F. T. Kelsey, of New York City, for appellant. L. A. Sullivan, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GAINES v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by David H. Gaines against the City of New York. No opinion. Application denied, with $10 costs. Order signed. See, also, 78 Misc. Rep. 126, 137 N. Y. Supp. 964.

In re GALE'S WILL. (Supreme Court, Appellate Division, First Department. November 20, 1912.) In the matter of proving the last will and testament of Lillie A. Gale, deceased. No opinion. Appeal dismissed, without costs, upon stipulation filed.

GAUDENZI, Respondent, v. LIEBLER et al., Appellants. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Giuseppe Gaudenzi against Theodore A. Liebler and others. M. D. Josephson, of New York City, for appellants. E. B. Heyman, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed See, also, 138 N. Y. Supp. 1116.

GAUDENZI v. LIEBLER. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Giuseppe Gaudenzi against Theo. A. Liebler. No opinion. Motion for stay granted. Order filed. See, also, 138 N. Y. Supp. 1116.

GAUDENZI v. LIEBLER et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Giuseppe Gaudenzi against Theodore A. Liebler and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 N. Y. Supp. 1116.

GEBELOFF, Respondent, v. LYONS, Appellant. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Ike Gebeloff against John D. Lyons. J. C. Brand, of New York City, for appellant. C. Goldzier, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.